IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

XIUFANG HUANG,

          Plaintiff,

v.                                               CIVIL ACTION NO. 2:26-cv-00059

KRISTI NOEM, et al.,

          Defendants.

**ORDER**

    The Court has reviewed the *Complaint for an Order to Compel Adjudication of an I-485 Application for Lawful Permanent Residence Under the Administrative Procedures Act and for Writ of Mandamus* (Document 1). Therein, the Plaintiff, a citizen of China and resident of Charleston, West Virginia, indicates that she is the beneficiary of an approved I-130 application filed by her adult daughter, who is a U.S. citizen. She was paroled into the United States after her entry in 1997 and has had an application for lawful permanent residency pending for more than four years. She is currently detained by ICE and facing deportation, and seeks an order compelling the Defendants to adjudicate her application for Lawful Permanent Residency.

    After careful consideration, the Court **ORDERS** that the Defendants refrain from removing Ms. Huang from the United States during the pendency of this case, absent further order from this Court. The Court further **DIRECTS** counsel for the Plaintiff to ensure that this Order is promptly served upon the Defendants.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record, to Matthew C. Lindsay, Chief of the Civil Division of the U.S. Attorney's Office for the Southern District of West Virginia, and to any unrepresented party.

ENTER:     February 10, 2026

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA